STEPHEN SASLOW v. NEW JERSEY STATE PAROLE BOARD.

June 9, 1987.

Petition for certification denied.

DAVID JEROLAMON v. KEVIN R. DUNN.

June 9, 1987.

Petition for certification denied.

SAINT BARNABAS MEDICAL CENTER v. JESSE WILLIAMS
AND COUNTY OF ESSEX.

June 9, 1987.

Petition for certification granted. (See 216 *N.J.Super.* 161)

STEVEN MCDEVITT v. THE PURDUE FREDERICK CO.

June 9, 1987.

Petition for certification denied.